Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
(Official Form B1, P1, 9-01

**UNITED STATES BANKRUPTCY COURT** New Jersey **DISTRICT OF** New Jersey — **Voluntary Petition**

| | |
|---|---|
| Name of Debtor(If individual, enter Last, First, Middle): Zuckerman, Richard | Name of Joint Debtor (Spouse) (Last, First, Middle): Zuckerman, Ann Marie |
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): 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 | Soc. Sec./Tax I.D. No. (If more than one, state all): 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 |
| Street Address of Debtor (No. and street, city, state, zip): 35 Livingston Avenue, Avenel, New Jersey 07001 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): 35 Livingston Avenue, Avenel, New Jersey 07001 |
| County of Residence or of the Principal Place of Business: Middlesex | County of Residence or of the Principal Place of Business: Middlesex |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |

Location of Principal Assets of Business Debtor
(If different from addresses listed above)

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue: (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)

- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-business
- [ ] Business

**Filing Fee** (Check one box)

- [x] Filing fee attached.
- [ ] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

**Chapter 11, Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information (Estimates Only)**

- [ ] Debtor estimates that funds will be available for di
- [x] Debtor estimates that, after any exempt property is ... be no funds available for distribution to unsecured

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-19 |
|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1 $ |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1 $ |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | |

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey
RECEIPT

**Case # 04-42424** Chapter 7
Filed: 10/08/04 Newark

**# 000304664 - MA**
04:23 PM, October 08, 2004

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $39.00 |
| 07 | 1 | $170.00 |

Debtor(s):
Richard Zuckerman
Ann Marie Zuckerman

**TOTAL PAID: $209.00**

From: Henry Chudzik, Jr.
Williamsburg Commons
3G Auer Court
East Brunswick, NJ 08816

2

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013

Official Form B1 P2, 9-01

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): Zuckerman, Richard

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ____________________
Signature of Debtor

X ____________________
Signature of Joint Debtor

____________________
Telephone Number (if not represented by attorney)
Date: 9/17/04

### Signature of Attorney

X ____________________
Signature of Attorney for Debtor(s)
Henry Chudzik Jr, ESQ.
Printed Name of Attorney for Debtor(s)
Law Office of Henry Chudzik
Firm Name
36 Auer Court
Address
East Brunswick New Jersey 08816
Telephone Number 732 254-5558
Date: 9/17/04

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ____________________ 9/17/04
Signature of Attorney for Debtor(s) Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ____________________
Signature of Authorized Individual

____________________
Print or Type Name of Authorized Individual

____________________
Title of Authorized Individual by Debtor to File this Petition
Date:

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

____________________
Printed Name of Bankruptcy Petition Preparer

____________________
Social Security Number

____________________
Address

____________________

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X ____________________
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11U.S.C. § 110; 18 U.S.C. §156.

Blumberg's Law Products Established 1887
BlumbergExcelsior, Publisher, NYC 10013
Form B6 SUM W (11-95)

# UNITED STATES BANKRUPTCY COURT New Jersey DISTRICT OF New Jersey

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Amounts Scheduled: Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | 180,000.00 | | |
| B - Personal Property | X | 5 | 1,251.00 | | |
| C - Property Claimed as Exempt | X | 4 | | | |
| D - Creditors Holding Secured Claims | X | 1 | | 155,998.02 | |
| E - Creditors Holding Unsecured Priority Claims | X | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 4 | | 40,135.41 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | X | 1 | | | |
| I - Current Income of Individual Debtor(s) | X | 1 | | | 4,884.00 |
| J - Current Expenditures of Individual Debtor(s) | X | 1 | | | 4,946.00 |
| Total Number of Sheets of All Schedules | | 20 | | | |
| Total Assets | | | 181,251.00 | | |
| Total Liabilities | | | | 196,133.43 | |

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form B6 A W (12-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 35 Livingston Avenue Woodbridge Twp. (Iselin), New Jersey | Owners | J | 180,000.00 | 155,998.02 |
| | | Total -> | 180,000.00 | (Report also on Summary of Schedules) |

Blumberg's Law Products Established 1887 Blumberg Excelsior, Publisher, NYC 10013
Form B6 B W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1 Cash on hand | X | | | |
| 2 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Joint Savings Account # 291482602<br>Commerce Bank<br>900 St. George Avenue<br>Woodbridge, NJ 07095 | J | 100.00 |
| | | Checking Account (Richard) # 21200860<br>Commerce Bank<br>900 St. George Avenue<br>Woodbridge, NJ 07095 | H | 50.00 |
| | | Savings Account # 9486972918 | W | 10.00 |
| 3 Security Deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4 Household goods and furnishings including audio, video, and computer equipment. | | 32 inch Zenith TV (10 years old) | | 100.00 |
| | | Sectional Couch (6 years old) | | 125.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> $

X continuation sheets attached

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form B6 B W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 27 inch Apex TV (7 years old) | | 30.00 |
| | | King Size Bed (9 years old) | | 10.00 |
| | | Dresser (11 years old) | | 30.00 |
| | | Dining Room Table (20 years old) | | 30.00 |
| | | DVD Player (7 years old) | | 20.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> $

X continuation sheets attached

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form B6 B W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 27 inch JVC TV (12 years old) | | 20.00 |
| | | Daybed (6 years old) | | 30.00 |
| 5 Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6 Wearing apparel. | X | | | |
| 7 Furs and jewelry. | X | | | |
| 8 Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10 Annuities. Itemize and name each issuer. | X | | | |
| 11 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12 Stock and interest in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13 Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14 Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> $

X continuation sheets attached

Blumberg's Law Products Established 1887 Blumberg Excelsior, Publisher, NYC 10013
Form B6 B W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15 Accounts receivable. | X | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Child Support for Ann Marie's son, Lenny | W | 696.00 |
| 17 Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19 Contingent and non-contingent interests in estate of a descendent, death benefit plan, life insurance policy or trust. | X | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21 Patents, copyrights, and other general intellectual property. Give particulars. | X | | | |
| 22 Licenses, franchises, and other general intangible. Give particulars. | X | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Dodge Caravan Financed Vehicle $540/month. 25 months remaining | | 0.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> $

X continuation sheets attached

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form B6 B W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2001 Chrysler Sebring LXI Financed Vehicle $413/mo. 21 months remaining | | 0.00 |
| 24 Boats, motors, and accessories. | X | | | |
| 25 Aircraft and accessories. | X | | | |
| 26 Office equipment, furnishings, and supplies. | X | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28 Inventory. | X | | | |
| 29 Animals. | X | | | |
| 30 Crops-growing or harvested. Give particulars. | X | | | |
| 31 Farming equipment and implements. | X | | | |
| 32 Farm supplies, chemicals and feed. | X | | | |
| 33 Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> $ 1,251.00

______ continuation sheets attached

Blumberg's Law Products Established 1887
Form B6 C W (11-95)
Blumberg Excelsior, Publisher, NYC 10013

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☒ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 35 Livingston Avenue Woodbridge Twp. (Iselin), New Jersey | 11 USC § 522(d)(1) Aggregate Interest in Property Used as a Residence or Burial Plot | 24,001.98 | 180,000.00 |
| Joint Savings Account # 291482602 Commerce Bank 900 St. George Avenue Woodbridge, NJ 07095 | 11 USC § 522(d)(5) Aggregate Interest in Property | 100.00 | 100.00 |
| Checking Account (Richard) # 21200860 Commerce Bank 900 St. George Avenue Woodbridge, NJ 07095 | 11 USC § 522(d)(5) Aggregate Interest in Property | 50.00 | 50.00 |
| Savings Account # 9486972918 | 11 USC § 522(d)(5) Aggregate Interest in Property | 10.00 | 10.00 |

Blumberg's Law Products Established 1887
Form B6 C W (11-95)
Blumberg Excelsior, Publisher, NYC 10013

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ ■1 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 32 inch Zenith TV (10 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 100.00 | 100.00 |
| Sectional Couch (6 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 125.00 | 125.00 |
| 27 inch Apex TV (7 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 30.00 | 30.00 |
| King Size Bed (9 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 10.00 | 10.00 |

Blumberg's Law Products Established 1887
Form B6 C W (11-95)
Blumberg Excelsior, Publisher, NYC 10013

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☒ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Dresser (11 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 30.00 | 30.00 |
| Dining Room Table (20 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 30.00 | 30.00 |
| DVD Player (7 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 20.00 | 20.00 |
| 27 inch JVC TV (12 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 20.00 | 20.00 |

Blumberg's Law Products Established 1887
Form B6 C W (11-95)
BlumbergExcelsior, Publisher, NYC 10013

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☒ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Daybed (6 years old) | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods, Wearing Apparel, Appliances, Books, Animals, Crops, or Musical Instruments | 30.00 | 30.00 |
| Child Support for Ann Marie's son, Lenny | 11 USC § 522(d)(10)(D) Alimony, Support, or Separate Maintenance | 696.00 | 696.00 |
| 2001 Dodge Caravan Financed Vehicle $540/month. 25 months remaining | | 0.00 | 0.00 |

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form B6 D W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | CUD* |
|---|---|---|---|---|---|---|
| A/C # 5483474 | | | VALUE $ 0.00 | 0.00 | 0.00 | |
| Capital One Auto Finance<br>PO Box 93016<br>Long Beach, CA 90809 | | | 2001 Dodge Caravan SE<br>$540/month (25 months remaining) | | | |
| A/C # 1010066494 | | | VALUE $ 0.00 | 0.00 | 0.00 | |
| Chrysler Financial<br>PO Box 9223<br>Farmington Hills, MI 48333 | | | 2001 Chrysler Sebring LXI<br>$413.73/month (21 months remaining) | | | |
| A/C # 0053882643 | | | VALUE $ 180,000.00 | 155,998.02 | 24,001.98 | |
| Washington Mutual Home Loans<br>PO Box 660139<br>Dallas, TX 75266-0139 | | | 35 Livingston Avenue, Woodbridge Twp. (Avenel), NJ | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

| | |
|---|---|
| Subtotal -> (Total of this page) | 155,998.02 |
| Total -> | 155,998.02 |

________Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

Blumberg Excelsior, Publisher, NYC 10013
Blumberg's Law Products Established 1887
Form B6 E W (Rev 4/98)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extentprovided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |

| | |
|---|---|
| Subtotal -> (Total of this page) | 0.00 |
| Total -> (use only on last page of the completed Schedule E.) | |

X Continuation Sheets attached.

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

FORM B6F(Official Form6F) (9/97) Blumberg Excelsior, Publisher, NYC 10013

In re: Zuckerman, Richard, Debtor

Case No. ______________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent,place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DC-7781-04<br>Apothaker & Associates, PC<br>1 Middlesex Avenue<br>Hainesport, NJ 08036 | | [ | RE: CAPITAL ONE BANK vs. ANN MARIE C. ZUCKERMAN | | | | 1,092.81 |
| ACCOUNT NO. 158017<br>Bonded Collection Agency<br>PO Box 56<br>Avon, NJ 07717 | | [ | | | | | 412.00 |
| ACCOUNT NO. 12728<br>Brett H. Loeser, DDS<br>326 Ernston Road<br>Parlin, NJ 08859 | | [ | | | | | 41.00 |
| ACCOUNT NO. DC-13475-04<br>Bronson & Migliaccio, LLP<br>475 Market Street<br>Elmwood Park, NJ 07407 | | [ | CACV of New Jersey, LLC vs. Anne M Zuckerman | | | | 5,385.28 |
| ACCOUNT NO. 4031141300714067<br>CACV of New Jersey, LLC<br>370 17th Street<br>Denver, CO 80202 | | [ | | | | | 5,385.28 |

| | |
|---|---|
| Subtotal | $ 12,316.37 |
| Total | $ |

X continuation sheets attached.

(Use only on last page of completed Schedule F.)

Blumberg's Law Products Established 1887
FORM B6F
Blumberg Excelsior, Publisher, NYC 10013

In re: Zuckerman, Richard , Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5178052237199308<br>Capital One - MasterCard<br>c/o TDM<br>6356 Corley Road<br>Norcross, GA 30071 | | | | | | | 1,358.75 |
| ACCOUNT NO. 5178052237199308<br>Capital One Bank<br>PO Box 85147<br>Richmond, VA 23276 | | | | | | | 1,764.97 |
| ACCOUNT NO. 5291071603978725<br>Capital One MasterCard<br>c/o TDM<br>6356 Corley Road<br>Norcross, GA 30071 | | | | | | | 872.06 |
| ACCOUNT NO. 03253247<br>Cavalry<br>7 Skyline Drive<br>Hawthorne, NY | | | Re: Providian National Bank<br>Original acct#4559964501178846 | | | | 3,429.41 |
| ACCOUNT NO. 0000778104<br>Credit Foundation USA, Inc.<br>11 North Crain Hwy<br>Glen Burnie, MD 21061 | | | | | | | 1,021.00 |
| ACCOUNT NO. 5421160007382809<br>FBCS<br>841 East Hunting Park Ave<br>Philadelphia, PA 19124 | | | | | | | 1,653.00 |
| ACCOUNT NO. 5178007036215473<br>First Premier MasterCard<br>Encore<br>PO Box 3330<br>Olathe, KS 66068 | | | | | | | 318.91 |

| | |
|---|---|
| Subtotal | $ 10,418.10 |
| Total | $ |

X continuation sheets attached. (Use only on last page of completed Schedule F.)

Blumberg's Law Products Established 1887 FORM B6F Blumberg Excelsior, Publisher, NYC 10013

In re: Zuckerman, Richard , Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5433628751441472<br>First Premier MasterCard<br>c/o GC Services<br>9800 Northwest Freeway<br>Houston, TX 77092 | | | | | | | 318.96 |
| ACCOUNT NO. DC-9567-04<br>Lyons, Doughty & Veldhuid, PC<br>1288 Route 73, Suite 310<br>PO Box 1269<br>Mt. Laurel, NJ 08054 | | | Capital One Bank vs.<br>Richard Zuckerman<br>VJ # 011001-04 | | | | 1,764.97 |
| ACCOUNT NO.<br>NCO Financial<br>507 Prudential Road<br>Horsham, PA 19044 | | | AT&T Account | | | | 69.79 |
| ACCOUNT NO. 5291151908682311<br>Nudelman, Nudelman & Ziering<br>425 Eagle Rock Avenue<br>Roseland, NJ 07068 | | | Docket No: DC-008093-04 | | | | 1,672.81 |
| ACCOUNT NO. 49841721030301616<br>OSI Collection Service, Inc.<br>PO Box 987<br>Brookfield, WI 53008-0987 | | | | | | | 243.00 |
| ACCOUNT NO. 4388642134917445<br>OSI Legal<br>PO Box 55690<br>Jacksonville, FL 3255 | | | Capital One Visa | | | | 1,048.75 |
| ACCOUNT NO. 018781701<br>Old Bridge Sayreville Grp, PA<br>PO Box 2368<br>Sinking Spring, PA 19608 | | | | | | | 35.00 |

Subtotal $ 5,153.28

Total $

X continuation sheets attached.

(Use only on last page of completed Schedule F.)

Blumberg's Law Products Established 1887 FORM B6F Blumberg Excelsior, Publisher, NYC 10013

In re: Zuckerman, Richard , Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4559964501178846<br>Providian<br>c/o Cavalry<br>5959 Corporate Drive<br>Suite 1400<br>Houston, TX 77036 | | | | | | | 2,516.39 |
| ACCOUNT NO. 4559510400619339<br>Providian MasterCard<br>c/o Cavalry<br>PO Box 27288<br>Tempe, AZ 85282-7288 | | | | | | | 1,001.28 |
| ACCOUNT NO. 5409790501106068<br>Providian MasterCard<br>c/o John P. Frye, PC<br>PO Box 13665<br>Roanoke, VA 24036-3665 | | | | | | | 1,133.34 |
| ACCOUNT NO. 4031141300714067<br>Providian Visa<br>c/o Harrison Byck, Esq.<br>229 Plaza Boulevard<br>Suite 112<br>Morrisville, PA 19067 | | | | | | | 3,692.89 |
| ACCOUNT NO. 14834-04<br>Schacter Portnoy, LLC<br>3490 US Route 1, Suite 6<br>Princeton, NJ 08540 | | | Re: Cavalry Portfolio Svcs, LLC vs. Ann Marie Zuckerman | | | | 3,429.41 |
| ACCOUNT NO.<br>Westfield Pediatric Dental<br>c/o Law Office of Joel Cardis<br>2838 De Kalb Pike<br>E. Norriton, PA 19401 | | | | | | | 474.35 |
| ACCOUNT NO. | | | | | | | |

| | |
|---|---|
| Subtotal | $ 12,247.66 |
| Total | $ 40,135.41 |

____ continuation sheets attached. (Use only on last page of completed Schedule F.)

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form B6 G W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| | |

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form B6 H W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

Blumberg's Law Products Established 1880
Form B6 I W (11-95)
Blumberg Excelsior, Publisher, NYC 10013

In re: Zuckerman, Richard
Zuckerman, Ann Marie
Debtor(s) Case No. (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Samantha | 2 | Daughter |
| | Brianna | 5 | Daughter |
| | Lenny | 15 | Son |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Manager in Training | Assistant Manager |
| Name of Employer | Wawa | Quick Check Food Stores |
| How long employed | 1 year | 4 years |
| Address of Employer | 177 Route 34<br>Matawan, NJ 07747 | 186 Westfield Avenue<br>Clark, NJ |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.) | $ 3,000.00 | $ 2,108.00 |
| Estimate monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | $ 3,000.00 | $ 2,108.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 440.00 | 280.00 |
| b. Insurance | 0.00 | 200.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify) | | |
| | 0.00 | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 440.00 | $ 480.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 2,560.00 | $ 1,628.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | 0.00 | 696.00 |
| Social security or other government assistance (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Pension or retirement income | 0.00 | 0.00 |
| Other monthly income (Specify) | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | $ 2,560.00 | $ 2,324.00 |

TOTAL COMBINED MONTHLY INCOME $ 4,884.00 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form B6 J W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie
Debtor(s) Case No. (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,509.00 |
| Are real estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | |
| Utilities Electricity and Heating Fuel | 220.00 |
| Water and Sewer | 52.00 |
| Telephone | 78.00 |
| Other Cable | 90.00 |
| | 0.00 |
| | 0.00 |
| Home maintenance (repairs and upkeep) | 200.00 |
| Food | 1,000.00 |
| Clothing | 100.00 |
| Laundry and dry cleaning | 100.00 |
| Medical and dental expenses | 50.00 |
| Transportation (not including car payments) | 210.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 20.00 |
| Charitable contributions | 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | 0.00 |
| Life | 0.00 |
| Health | 0.00 |
| Auto | 340.00 |
| Other | |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | 0.00 |
| | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ |
| Auto | $ 957.00 |
| Other | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| Alimony, maintenance, and support paid to others | 0.00 |
| Payments for support of additional dependents not living at your home | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | 0.00 |
| Other | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 4,946.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | 0.00 |
| B. Total projected monthly expenses | 0.00 |
| C. Excess income (A minus B) | $ 0.00 |
| D. Total amount to be paid into plan each ____ (Interval) | $ 0.00 |

Blumberg's Law Products Established 1887 Form B6 Cont. W (11-95) BlumbergExcelsior, Publisher, NYC 10013

In re: Zuckerman, Richard
Zuckerman, Ann Marie
Debtor(s) Case No. (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ______________ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date 9/17/04 Signature ______________
Zuckerman, Richard Debtor

Date 9/17/04 Signature ______________
Zuckerman, Ann Marie (Joint Debtor, if any)
(if joint case, both spouses must sign.)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

______________ Printed or Typed Name of Bankruptcy Petition Preparer

______________ Social Security Number

______________
______________
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X______________ Signature of Bankruptcy Petition Preparer

______________ Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ______________ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ______________ (corporation or partnership) named as debtor in this case,declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ______________ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date

Signature ______________

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013
Form 7W Stmt. of Financial Affairs (12-95)

# STATEMENT OF FINANCIAL AFFAIRS

UNITED STATES BANKRUPTCY COURT

New Jersey DISTRICT OF New Jersey

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Que the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

NONE

| | **1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
| --- | --- |
| | Ann Marie employed 4 years |
| | Richard employed 1 year |

NONE

| | **2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
| --- | --- |
| 696.00 | Ann Marie receives $696/month for child support for son, Lenny |

NONE
|X| **3A. PAYMENTS TO CREDITORS**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **3B. PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| | **4A. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Capital One Bank vs. Richard A. Zuckerman Docket No: 9567-04 | Suit | Middlesex County Superior Court; Special Civil Part | Judgment $1764.97 |
| CACV of New Jersey, LLC vs. Anne M. Zuckerman | Suit | Middlesex County Superior Court; Special Civil Part | |
| Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of Providian National Bank vs. Ann Marie C. Zuckerman | Suit | Middlesex County Superior Court, Special Civil Part | |

NONE
|X| **4B. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **5. REPOSSESSIONS, FORECLOSURES, AND RETURNS**

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **6A. ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **6B. ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **7. GIFTS**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **8. LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

NONE

|X| **10. OTHER TRANSFERS**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| 11. CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| | 12. SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Commerce Bank | | Birth Certificates, Social Security Cards, Family Fingerprints | |

NONE
|X| 13. SETOFFS

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| 14. PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE
|X| 15. PRIOR ADDRESS OF DEBTOR

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

NONE
|X| 16. SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides with the debtor in the community property state.

NONE
|X| **17A. ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

NONE
|X| **17B. ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
|X| **17C. ENVIRONMENTAL INFORMATION**

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE
|X| **18A. NATURE, LOCATION, AND NAME OF BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer indentification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

NONE
|X| **18B. NATURE, LOCATION, AND NAME OF BUSINESS**

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

Blumberg Excelsior, Publisher, NYC 10013
Blumberg's Law Products
Established 1887

Unsworn Declaration SFA
W (11-95)

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

## DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 9/17/04 Signature Zuckerman, Richard Debtor

Date 9/17/04 Signature Zuckerman, Ann Marie (Joint Debtor, if any)

(if joint case, both spouses must sign.)

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X

Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ______________________ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ______________________(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affaris, consisting of ______________________sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date

Signature______________________

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

Blumberg Excelsior, Publisher, NYC 10013

Form B8 (Official Form8) (9 /97)

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**UNITED STATES BANKRUPTCY COURT** New Jersey **DISTRICT OF** New Jersey

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| Description of property | Creditor's name |
|---|---|

*b. Property to Be Retained.* *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 35 Livingston Avenue Woodbridge Twp. (Avenel), NJ | Washington Mutual Home Loans PO Box 660139 Dallas, TX 75266-0139 | X | | xxxxx |
| 2001 Dodge Caravan SE | Capital One Auto Finance PO Box 93016 Long Beach, CA 90809 | X X | | xxxxx |
| 2001 Chrysler Sebring LXI | Chrysler Financial Farmington Hills, MI 48333 | X | | xxxxx |

Date:

Zuckerman, Richard
Signature of Debtor

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Blumberg Excelsior, Publisher, NYC 10013

Blumberg's Law Products Established 1887

3091W Reaffirmation agreement, declaration of attorney, 1-99

FOR COURT USE ONLY

Date Petition Filed ____________

Bankruptcy Judge ____________

**UNITED STATES BANKRUPTCY COURT** New Jersey **DISTRICT OF** New Jersey

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

Chapter 7

## REAFFIRMATION AGREEMENT

The undersigned Debtor(s) reaffirms the following debt on the terms set forth.

| (1) Name of creditor (Including last known holder of any negotiable Instrument) and complete mailing address including zip code. | (2) Specify when claim was incurred and the consideration therefore; when claim is contingent, unliquidated, disputed, subject to setoff, evidenced by a judgment, negotiable instrument, or other writing, or incurred as partner or joint contractor, so indicate; specify name of any partner or joint contractor on any debt. | (3) Indicate if claim is contingent, unliquidated or disputed | (4) H W or J | (5) Amount of Claim |
|---|---|---|---|---|

☐ The terms of the reaffirmation are as follows:

☐ The terms of the reaffirmation are set forth on the Creditor's Form of Reaffirmation Agreement annexed

Date ____________ Signature of Creditor ____________ Date ____________ Signature of Debtor

Signature of Debtor

## NOTICE TO DEBTOR

**This agreement may be rescinded at any time prior to discharge or within 60 days after this agreement is filed with the court, whichever occurs later, by giving notice of rescission to the holder of this claim. This agreement is not required by the Bankruptcy Code, under nonbankruptcy law, or under any agreement not in accordance with Section 524(c) of the Bankruptcy Code.**

## DECLARATION OF ATTORNEY

I, Henry Chilcik, Jr the attorney that represented the Debtor(s) during the negotiation of the above agreement, declare that this agreement (a) represents a fully informed and voluntary agreement by the Debtor(s), and (b) does not impose an undue hardship on the Debtor(s) or a dependent of the Debtor(s). I have fully advised the Debtor(s) of the legal effect and consequences of an agreement of this kind and any default under such an agreement.

Executed on September 17, 2004

Signature of Attorney for Debtor(s)

Blumberg Excelsior, Publisher, NYC 10013

Blumberg's Law Products Established 1887

3092 Clerk's Notice, W(4-96)

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($130.00 filing fee plus $30.00 administrative fee plus $15.00 trustee surcharge)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law, Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($130.00 filing fee plus $30.00 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800.00 filing fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family farmer ($200.00 filing fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

9/17/04 Date | Signature of Debtor | Case Number

Blumberg's Law Products Established 1887
Blumberg Excelsior, Publisher, NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT New Jersey DISTRICT OF New Jersey

In re: Zuckerman, Richard
Zuckerman, Ann Marie

Debtor(s) Case No. (if known)

## STATEMENT

**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this Case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

| | | |
|---|---|---|
| (a) for legal services rendered or to be rendered in comtemplation of and in connection with this case | $ | 791.00 |
| (b) prior to filing this statement, debtor(s) have paid | $ | 791.00 |
| (c) the unpaid balance due and payable is | $ | 0.00 |

(3) $ 209.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

(a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

(b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

(c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6) The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

**Dated:** 9/11/04

**Respectfully submitted,**

**Attorney for Petitioner**

**Attorney's name and address**

Apothaker & Associates, PC
DC-7781-04
1 Middlesex Avenue
Hainesport, NJ 08036

Bonded Collection Agency
158017
PO Box 56
Avon, NJ 07717

Brett H. Loeser, DDS
12728
326 Ernston Road
Parlin, NJ 08859

Bronson & Migliaccio, LLP
DC-13475-04
475 Market Street
Elmwood Park, NJ 07407

CACV of New Jersey, LLC
4031141300714067
370 17th Street
Denver, CO 80202

Capital One - MasterCard
5178052237199308
c/o TDM
6356 Corley Road
Norcross, GA 30071

Capital One Auto Finance
5483474
PO Box 93016
Long Beach, CA 90809

Capital One Bank
5178052237199308
PO Box 85147
Richmond, VA 23276

Capital One MasterCard
5291071603978725
c/o TDM
6356 Corley Road
Norcross, GA 30071

Cavalry
03253247
7 Skyline Drive
Hawthorne, NY

Chrysler Financial
1010066494
PO Box 9223
Farmington Hills, MI 48333

Credit Foundation USA, Inc.
0000778104
11 North Crain Hwy
Glen Burnie, MD 21061

FBCS
5421160007382809
841 East Hunting Park Ave
Philadelphia, PA 19124

First Premier MasterCard
5178007036215473
Encore
PO Box 3330
Olathe, KS 66068

First Premier MasterCard
5433628751441472
c/o GC Services
9800 Northwest Freeway
Houston, TX 77092

Lyons, Doughty & Veldhuid, PC
DC-9567-04
1288 Route 73, Suite 310
PO Box 1269
Mt. Laurel, NJ 08054

NCO Financial

507 Prudential Road
Horsham, PA 19044

Nudelman, Nudelman & Ziering
5291151908682311
425 Eagle Rock Avenue
Roseland, NJ 07068

OSI Collection Service, Inc.
49841721030301616
PO Box 987
Brookfield, WI 53008-0987

OSI Legal
4388642134917445
PO Box 55690
Jacksonville, FL 3255

Old Bridge Sayreville Grp, PA
018781701
PO Box 2368
Sinking Spring, PA 19608

Providian
4559964501178846
c/o Cavalry
5959 Corporate Drive
Suite 1400
Houston, TX 77036
Providian MasterCard
4559510400619339
c/o Cavalry
PO Box 27288
Tempe, AZ 85282-7288

Providian MasterCard
5409790501106068
c/o John P. Frye, PC
PO Box 13665
Roanoke, VA 24036-3665

Providian Visa
4031141300714067
c/o Harrison Byck, Esq.
229 Plaza Boulevard
Suite 112
Morrisville, PA 19067
Schacter Portnoy, LLC
14834-04
3490 US Route 1, Suite 6
Princeton, NJ 08540

Washington Mutual Home Loans
0053882643
PO Box 660139
Dallas, TX 75266-0139

Westfield Pediatric Dental

c/o Law Office of Joel Cardis
2838 De Kalb Pike
E. Norriton, PA 19401